| | | |
|---|---|---|
| VINSON O'NEAL HULITT<br>KENYA NAKIA HULITT<br>168 INEZ OWENS DRIVE<br>JACKSON, MS 39212 | CLIMATE MASTERS, INC.<br>P.O. BOX 6276<br>PEARL, MS 39288-6272 | NATIONSTAR MORTGAGE<br>P.O. BOX 650783<br>DALLAS, TX 75265-0783 |
| RICHARD R. GRINDSTAFF<br>RICHARD R. GRINDSTAFF, ATTORNEY<br>P.O. BOX 720517<br>BYRAM, MS 39272-0517 | DELTA INDUSTRIES, INC.<br>C/O JEFFERY P. REYNOLD<br>P.O. BOX 24597<br>JACKSON, MS 39225-4597 | ONE MAIN FINANCIAL<br>1425 LAKELAND DRIVE<br>JACKSON, MS 39216 |
| 84 LUMBER COMPANY<br>C/O GORDON & REES, LLP<br>707 GRANT ST. #3800<br>PITTSBURGH, PA 15219 | DELTA INDUSTRIES, INC.<br>P.O. BOX 1292<br>JACKSON, MS 39215-1292 | REPUBLIC FINANCE, LLC<br>26 HOLIDAY RAMBLER LN<br>BYRAM, MS 39272 |
| AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | INTERNAL REVENUE SERVI<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ROBERTS INTERIORS<br>1753 HWY. 49 SOUTH<br>FLORENCE, MS 39073 |
| AMERICAN HONDA FINANCE<br>PO BOX 60001<br>CITY OF INDUS, CA 91716-0001 | INTERNAL REVENUE SERVI<br>C/O U.S. ATTORNEY<br>501 E. COURT ST #4.430<br>JACKSON, MS 39201 | SHERWINN WILLIAMS<br>101 PROSPECT AVE. NW<br>CLEVELAND, OH 44115 |
| BANCORPSOUTH<br>P.O. BOX 3356<br>TUPELO, MS 38803-3356 | M & F BANK<br>1600 HIGHLAND COLONY PKWY<br>MADISON, MS 39110 | SIMPSON LAW FIRM<br>P.O. BOX 1410<br>RIDGELAND, MS 39158 |
| BANK OF AMERICA HOME<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062-5170 | MAGNOLIA FEDERAL C.U.<br>240 BRIARWOOD DRIVE<br>JACKSON, MS 39206 | SOUTHERN FINANCIAL SYS<br>P.O. BOX 15203<br>HATTIESBURG, MS 39404-5 |
| BMW BANK OF NORTH AMER<br>P.O. BOX 78066<br>PHOENIX, AZ 85062-8066 | MEMBERS EXCHANGE<br>P.O. BOX 31049<br>JACKSON, MS 39286-1049 | SPENCER READY MIX<br>9161 HWY. 49 NORTH<br>JACKSON, MS 39209-9753 |
| CAPITAL HARDWARE<br>402 N. MAIN ST.<br>MIDDLEBURY, IN 46540 | MS TELCO FEDERAL CREDI<br>409 RIVERWIND DRIVE<br>PEARL, MS 39208 | SUPERIOR ELECTRIC & LI<br>5826 TERRY ROAD<br>BYRAM, MS 39272 |

```
TOWER LOAN
P.O. BOX 320001
FLOWOOD, MS 39232-0001


WELLS FARGO
P.O. BOX 28724
KANSAS CITY, MO 64118


ZALES
P.O. BOX 63054
DALLAS, TX 75265-3054
```