IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: VINSON O'NEAL HULITT, d/b/a
CLEARBROOK RESIDENTIAL BUILDERS

CASE NO: 13-00783-ee, Chapter 7

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please enter my appearance as attorney for Delta Industries, Inc., one of the creditors in the captioned case.

Respectfully Submitted, this the 19th day of April, 2013.

**DELTA INDUSTRIES, INC.**

By: /s/ Frank F. Farmer
Jeffery P. Reynolds, MSB No. 5305
Frank F. Farmer, MSB No. 100370

OF COUNSEL:

Jeffery P. Reynolds, P.A.
P.O. Box 24597
200 South Lamar Street, Suite 1050-S
Jackson, Mississippi 39225
601-355-7773 (Telephone)
601-355-6364 (Facsimile)
jeff@jprpa.com

## CERTIFICATE OF SERVICE

I, Frank F. Farmer, hereby certify that on April 16, 2013, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system. Notification of such filing will be sent via U.S. Mail, postage prepaid, to the following:

Richard R. Grindstaff
P.O. Box 720517
Byram, MS 39272
*Attorney for Debtor(s)*

Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215
*Bankruptcy Trustee*

This the 19th day of April, 2013.

By: /s/ Frank F. Farmer
Jeffery P. Reynolds, MSB No. 5305
Frank F. Farmer, MSB No. 100370